Joseph T. Harris v. Joseph Jackson and Another.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Henry W. Sykes v. Kings County Refrigerating Company. (2 cases.) — Applications denied, with ten dollars costs. Orders signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Edward J. White v. Madeira-Mamore Railway Company. D. Walsh v. Madeira-Mamore Railway Company.— Applications denied, with ten dollars costs. Orders signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

American Institute for Scientific Research v. Charles W. Randolph.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Kate Hannan v. Fishel & Company.— On filing the stipulations mentioned in memorandum, application denied; otherwise, application granted. Memorandum by Ingraham, P. J. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Szel Import and Export Company and Others v. Morris Corn and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Elizabeth B. Colt v. A. T. Demarest & Company.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Maurice Brill and Others v. The Jefferson Bank.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Frederick J. C. Nimcke v. Star Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Max Kove v. Columbia Manufacturing Company.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

William J. Ball v. Matt Dwyer.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

The Klebold Press v. The Bremin Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

F. K. James Company v. Isaac B. Hyman.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Margaret A. Lynch v. Anna Murphy.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.